IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN STAUFFER, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CLAUDE SIMPKINS, et al. | : | No. 13-1094 |
| Defendants. | : | |
| | : | |

ORDER

And now, on February 13, 2015, upon consideration of Defendants' Motion for Judgment on the Pleadings (doc. 26), and Plaintiff Steven Stauffer's Memorandum of Law in Opposition (doc. 27), and for the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff Steven Stauffer's claims are dismissed with prejudice.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE